**DISMISS and Opinion Filed January 19, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-21-00343-CV

## BRIDGET PARSON A/K/A BRIDGET BROWN PARSON, Appellant

## V.

## BECKY COLE, Appellee

---

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01563-B**

---

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Partida-Kipness

Appellant, a vexatious litigant subject to a prefiling order, filed this appeal without an order from the local administrative judge granting her permission to appeal. *See* TEX. CIV. PRAC. & REM. CODE §§ 11.101, 11.102. Accordingly, we directed appellant to file a copy of the order granting her permission. *See id.* § 11.1035(b). Although we cautioned appellant that failure to comply within ten days would result in dismissal of the appeal without further notice, more than ten days

have passed and appellant has not responded. *See id.* The appeal is therefore dismissed. *See id.*

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

210343F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

BRIDGET PARSON A/K/A
BRIDGET BROWN PARSON,
Appellant

No. 05-21-00343-CV       V.

BECKY COLE, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-01563-
B.

Opinion delivered by Justice Partida-
Kipness, Justices Schenck and
Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered January 19, 2022.